**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000591
15-APR-2021
09:22 AM
Dkt. 50 OGMD**

NO. CAAP-20-0000591

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY, Employer-Appellant/Appellant, v. GORDON K. LESLIE, Petitioner-Appellee/Appellee and STATE OF HAWAIʻI, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, Agency-Appellee/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000047)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Motion to Withdraw Appeal, Pursuant to HRAP 42(b), filed March 18, 2021, by Employer-Appellant/Appellant State of Hawaiʻi, Department of Public Safety, the papers in support, record, and noting no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 15, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge